No. 77–6038. LEWIS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 77–6051. CHALK *v.* SECRETARY OF LABOR ET AL. C. A. D. C. Cir. Certiorari denied.

No. 77–6056. CLARK *v.* BENSON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 77–6061. EVANS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–6134. PETERSON *v.* MARYLAND. Ct. App. Md. Certiorari denied.

No. 77–6138. ARIAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–6142. JENKINS *v.* DISTRICT OF COLUMBIA. C. A. D. C. Cir. Certiorari denied.

No. 77–6153. RICKS *v.* HOPPER, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 77–6154. BROOMFIELD *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 77–6163. FAHRIG ET AL. *v.* BERGER ET AL. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 77–6166. TENNART *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 77–6168. CLOUDY *v.* INDIANA. Ct. App. Ind. Certiorari denied.

No. 77–6169. MURRAY *v.* CALIFANO, SECRETARY, DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE. C. A. 4th Cir. Certiorari denied.